In the Matter of IBRAHIM DONMEZ, Petitioner, v NEW YORK CITY DEPARTMENT OF CONSUMER AFFAIRS et al., Respondents. [30 NYS3d 820]—

Determination of respondent Department of Consumer Affairs, dated June 28, 2013, which upheld the decision of the administration law judge finding, after a hearing, that petitioner committed two violations of the Administrative Code of the City of New York and imposing a fine of $500 per violation, unanimously confirmed, the petition denied, and the proceeding brought pursuant to CPLR article 78 (transferred to this Court by order of Supreme Court, New York County [Peter H. Moulton, J.], entered Feb. 14, 2014), dismissed, without costs.

The determination that petitioner violated two pedicab regulations is supported by substantial evidence and was made in accordance with the law (see e.g. Matter of Carniol v New York City Taxi & Limousine Commn., 126 AD3d 409, 411 [1st Dept 2015]). The fines imposed for the violations do not shock

our sense of fairness (*see Matter of San Miguel Auto Repair Corp. v State of N.Y. Dept. of Motor Vehs.*, 111 AD3d 422 [1st Dept 2013]). We have considered petitioner's remaining arguments and find them unavailing. Concur—Mazzarelli, J.P., Andrias, Richter, Manzanet-Daniels and Kahn, JJ.